AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOVON BOOKER (a/k/a "Playa Pat")<br>and<br>ELAYNNA PARKER<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.
> 3:25mj259/ZCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 1, 2020 - Present____ in the county of ____Escambia____ in the ____Northern____ District of ____Florida____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846<br>21 U.S.C. 841<br>18 U.S.C. 1956(h) | -Conspiracy to Distribute and Possess with Intent to Distribute More Than 100 Kilograms of Marijuana<br>-Possession with Intent to Distribute More Than 100 Kilograms of Marijuana<br>-Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Jarrett Swearingen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/18/2025

_____
*Judge's signature*

City and state:          Pensacola, Florida

Zachary C. Bolitho, U.S. Magistrate Judge
*Printed name and title*

RCVD USDC FLND PN
JUL 18 '25 PM12:23