# UNITED STATES DISTRICT COURT

# CRIMINAL MINUTES

Case No. _3:25mj259-ZCB_          Date: _July 25_ , 2025

Defendant _Javon Booker_          Time: _Start: 1:52 pm_  _End: 1:58 pm_ .

DOCKET ENTRY: <u>INITIAL APPEARANCE ON A **COMPLAINT**</u>

PRESENT:

Honorable _Charles J. Kahn, Jr._                    Magistrate Judge

(Sylvia Williams)/Keri Igney                         Deputy Clerk

(circle one or identify other _____ )

(PNS Recorder)/H. Doogan/J. Wycoff                  Court Reporter

(circle one or identify other _____ )

_David Goldberg_                                     Asst. U. S. Attorney

_Randall Lockhart_                                   Defense Attorney

_Ben Pearce_                                         U.S. Probation Officer

_N/A_                                                Interpreter (if applicable)

Defendant is in Custody __✓__ or is not in Custody _____

FILED IN OPEN COURT THIS

_____ 7-25-25 _____

CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

PROCEEDINGS:  [**Consent to Video, if applicable**]

1.   Advised that he/she is before a U.S. Magistrate Judge ✓

2.   Advised of the charge or charges ✓

3.   Advised that he/she does not have to make any statement;
     that defendant has a right to consult with an attorney before
     making any statement; that any statement made could be used
     against defendant ✓

4.   Advised of right to hire counsel, or have counsel appointed
     if found to be financially unable to hire counsel ✓

5.   Defendant executed CJA 23 ✓

6.   Defendant declined to complete CJA Form 23, and was advised
     that should he later mind, he should advise court _____

7.   (a) Federal public defender appointed after determination
     defendant unable to hire counsel (CJA 20) _____

     (b) Federal public defender appointed under the provisions of
     18 U.S.C. § 3006A(f), because defendant appears to have some
     funds available for payment (Order to follow) ✓

     (c) Defendant admitted financial ability to employ counsel _____

          Counsel _____

          (i)   Notice of appearance filed?   Yes _____ No _____
          (ii)  If no, Defendant to return to court on:

          _____ at 11:00/2:00 (central)

          to report to the court regarding retention of private counsel _____

8. Because before the court on a complaint, defendant advised of of right to preliminary hearing or "probable cause" hearing _____✓

    (a) Advised of right to waive preliminary hearing _____✓

    (b) Preliminary hearing waived with/without prejudice _____

    (c) Preliminary hearing scheduled* _Wednesday, July 30, at 2:30pm_
    (*must be within 14 days of I/A if in custody of 21 days if not)

9. Government _✓ is seeking detention or ___ is not seeking detention _____✓

  (if not, conditions of release set (order to follow)) _____

10. Detention hearing scheduled _Wednesday, July 30, at 2:30pm ✓
  (a) Defendant advised of right to hearing within 3 business days _____

11. Defendant waived the detention hearing & reserved the right to re-open the hearing at a later date _____

12. Defendant currently under order of incarceration negating necessity of consideration of detention on this charge(s) at this time _____

13. Defendant advised that he/she could request that an attorney for the government or a federal LEO to notify a consular officer from the defendant's country that he/she had been arrested. _____

    (a) Defendant declined notification _____

    (b) Defendant requested notification, and government directed to ensure notification _____

14. As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. _____✓

CLERK'S NOTES: