UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.  3:25mj259-ZCB

JOVON BOOKER
_____/

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO THE BAIL REFORM ACT

The above-named Defendant appeared before the undersigned for an initial appearance, at which time the Government moved for Defendant's pretrial detention.

Accordingly, it is **ORDERED**, a detention and preliminary hearing will be held on **Wednesday, July 30, 2025,** at 2:30 p.m. (Central) before United States Magistrate Judge **MICHAEL J. FRANK** in the United States District Court for the Northern District of Florida. Pending these hearings, the Defendant must be temporarily held in custody by the United States Marshal and produced for the hearing on the above-designated date and time.

**SO ORDERED**, this 25th day of July 2025.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**