# United States District Court
## Criminal Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 2:55pm | Case No. | 3:25mj259-ZCB-1 |
| Time Concluded | 3:12pm | Date | July 30, 2025 |

**DOCKET ENTRY:** Preliminary Hearing

PRESENT:   HONORABLE   **Michael J. Frank**   CHIEF U.S. MAGISTRATE JUDGE

| David Goldberg/Jessica Etherton | Ben Pearce | Julie Wycoff | Sylvia Williams |
|---|---|---|---|
| Asst. U.S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v DEFENDANT LISTED BELOW**           **ATTORNEY FOR DEFENDANT**
(1) JOVON BOOKER                              (1) RANDALL LOCKHART

X  Present    X  Custody    ___ Bond    ___ O/R         X  Present    X  Appointed    ___ Retained

**PROCEEDINGS:** Preliminary Hearing

| Time | Event |
|---|---|
| 2:55pm | Court in session |
| 2:56pm | Defendant is waiving and reserving his right to a detention hearing at this time. |
| 2:58pm | Gov't proffer |
| | Exhibit A admitted w/o objection. |
| 3:11pm | The Court finds probable cause. Def is remanded to the custody of the USMS. |
| 3:12pm | Court adjourned |

Filed in open court: 7/30/2025
CRD initials: sdw