IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
Plaintiff,

v. Case No.: 3:25cr139/MCR

JOVON BOOKER
Defendant.
_________________________________/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, JOVON BOOKER, by and through his undersigned counsel, and with no objection and by stipulation with the Government, hereby moves this Honorable Court to continue Mr. Booker's Jury Selection and Trial AND FOR CAUSE SAYS:

1. The above listed Defendant is currently set for trial on November 3, 2025 before this Honorable Court. Counsel has a previous case that is also set for for Jury Selection and Trial on that same date. That trial is expected to last approximately 2 days.
2. While it is not beyond the norm for multiple juries to be selected on the same date, Mr. Booker' case has a voluminous amount of electronic evidence that both Counsel are having to review with their incarcerated Client and case agents. Counsel has consulted with AUSA Goldberg who does not object to the Court granting a continuance.
3. Counsel would also alert the Court he will be out of the Country starting

November 7 though November 17th of this year. Counsel respectfully requests the Court to grant its motion to continue Mr. Goldberg's Jury Selection and Trial.

**WHEREFORE** the Defendant respectfully requests this Honorable Court enter an order granting a continuance.

**Certificate of Compliance with Local Rule 7.1(B)**

Undersigned counsel hereby certifies he has conferred with AUSA Goldberg who indicated there is no objections to this request.

RESPECTFULLY SUBMITTED, this 13th day of October, 2025.

*/s/ John Wilkins*
John Wilkins
Florida Bar No. 137529
Attorney for Taj Robinson
221 E Government St.
Pensacola, FL 32502
(850) 429-9757
jackatlaw@yahoo.com