# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING**
**INDICTMENT**
**3:25cr139/MCR**

**JOVON BOOKER**
  a/k/a "Playa Pat"
  and
**ELAYNNA PARKER**

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about January 1, 2020, and on or about July 24, 2025, in the

Northern District of Florida and elsewhere, the defendants,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**
**and**
**ELAYNNA PARKER,**

did knowingly and willfully combine, conspire, confederate, and agree together

and with other persons to distribute and possess with intent to distribute a

controlled substance, and this offense involved 100 kilograms or more of a mixture

and substance containing a detectable amount of marijuana, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

Returned in open court pursuant to Rule 6(f)

_____4/21/2026_____
Date

_____
United States Magistrate Judge

FILED USDC FLND PN
APR 21 '26 PM2:58

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about May 12, 2024, in the Northern District of Florida, the defendant,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**

did knowingly discharge, use, and carry a firearm, that is, a handgun, during and in

relation to a drug trafficking crime for which he may be prosecuted in a court of

the United States, that is, conspiracy to distribute and possess with intent to

distribute a controlled substance, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE

Between on or about January 1, 2020, and on or about July 24, 2025, in the

Northern District of Florida and elsewhere, the defendants,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**
**and**
**ELAYNNA PARKER,**

did knowingly combine, conspire, confederate, and agree together and with other

persons to commit an offense against the United States, that is:

1.      to knowingly engage and attempt to engage in a monetary transaction,

which affected interstate and foreign commerce, in criminally derived property of a

value greater than $10,000, which property was derived from a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 18, United States Code, Section 1957;

2.      to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, with the intent to promote the carrying on of that specified unlawful activity and knowing that the funds involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS FOUR THROUGH EIGHT

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendants,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**
**and**
**ELAYNNA PARKER,**

did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, to wit, a jewelry

3

purchase, such property having been derived from a specified unlawful activity, to wit, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment:

| COUNT | DATE | PAYEE | AMOUNT |
|-------|------|-------|--------|
| 4 | January 23, 2021 | JEWELRY UNLIMITED INC | $72,000 |
| 5 | August 26, 2022 | JEWELRY UNLIMITED INC | $145,000 |
| 6 | January 28, 2023 | JEWELRY UNLIMITED INC | $113,000 |
| 7 | May 6, 2023 | JEWELRY UNLIMITED INC | $38,000 |
| 8 | June 20, 2023 | JEWELRY UNLIMITED INC | $10,500 |

In violation of Title 18, United States Code, Sections 1957 and 2.

## COUNT NINE

On or about July 25, 2025, in the Northern District of Florida, the defendant,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TEN

On or about July 25, 2025, in the Northern District of Florida, the defendant,

4

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count Nine of this Indictment, did knowingly possess a firearm, that is, an American Tactical rifle.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Nine of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations charged in Counts One and Nine of this Superseding Indictment, punishable by imprisonment for more than one year, the defendants,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**
**and**
**ELAYNNA PARKER,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

A.    Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations.

B.    Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

The property subject to forfeiture includes, but is not limited to, the following:

1. United States currency totaling $50,021.00 seized on or about July 25, 2025, from **JOVON BOOKER**;

2. White gold necklace with diamonds and "Playa" encrusted on the clasp seized on or about July 25, 2025, from **JOVON BOOKER**;

3. White gold bracelet with diamonds seized on or about July 25, 2025, from **JOVON BOOKER**;

4. White gold and green stone diamond encrusted bracelet with "YCC" and "PAT" seized on or about July 25, 2025, from **JOVON BOOKER**;

5. White gold pendant with diamonds and "Playa Pat" seized on or about July 25, 2025, from **JOVON BOOKER**;

6. White gold ring with green stone diamonds with "PP" seized on or about July 25, 2025, from **JOVON BOOKER**;

7.  White gold ring with diamonds with "YCC" seized on or about July 25, 2025, from **JOVON BOOKER**;

8.  Cartier watch with diamonds seized on or about July 25, 2025, from **JOVON BOOKER**;

9.  Patek Phillip watch with diamonds seized on or about July 25, 2025, from **JOVON BOOKER**;

10.  White gold necklace with white gold and diamond crown pendant seized on or about July 25, 2025, from **JOVON BOOKER**;

11.  Rolex watch with diamond bezel seized on or about July 25, 2025, from **JOVON BOOKER**;

12.  One set of diamond stud earrings seized on or about July 25, 2025, from **JOVON BOOKER**;

13.  A black American Tactical Omni Hybrid Multi-Cal, 5.56 caliber firearm, serial number NS237703, seized on or about July 25, 2025, from **JOVON BOOKER**;

14.  A 2019 Lamborghini Urus (VIN# ZPBUA1ZL7KLA04199); and

15.  The real property located at 7704 Pontiac Drive A, Pensacola, Florida, and 7704 Pontiac Drive B, Pensacola, Florida, titled in the name of **JOVON BOOKER**, more particularly described as:

All that certain land situate in Escambia County, State of Florida,

further described as follows:

East 90 feet of Lot 5, Block "A", First Addition to Grove Hill Subdivision, according to plat recorded in Plat Book 4, Page 24, of the Public Records of Escambia County, Florida.

Tax ID: 372S314101050001.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

      i.     cannot be located upon the exercise of due diligence;

      ii.     has been transferred, sold to, or deposited with a third party;

      iii.     has been placed beyond the jurisdiction of this Court;

      iv.     has been substantially diminished in value; or

      v.     has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Counts Three through Eight of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of

8

alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).  From the defendants' engagement in the violations alleged in Counts Three through Eight of this Superseding Indictment, the defendants,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**
**and**
**ELAYNNA PARKER,**

shall forfeit to the United States of America any and all of the defendants' right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, the following:

1. United States currency totaling $50,021.00 seized on or about July 25, 2025, from **JOVON BOOKER**;

2. White gold necklace with diamonds and "Playa" encrusted on the clasp seized on or about July 25, 2025, from **JOVON BOOKER**;

3. White gold bracelet with diamonds seized on or about July 25, 2025, from **JOVON BOOKER**;

4. White gold and green stone diamond encrusted bracelet with "YCC" and "PAT" seized on or about July 25, 2025, from **JOVON BOOKER**;

9

5. White gold pendant with diamonds and "Playa Pat" seized on or about July 25, 2025, from **JOVON BOOKER**;

6. White gold ring with green stone diamonds with "PP" seized on or about July 25, 2025, from **JOVON BOOKER**;

7. White gold ring with diamonds with "YCC" seized on or about July 25, 2025, from **JOVON BOOKER**;

8. Cartier watch with diamonds seized on or about July 25, 2025, from **JOVON BOOKER**;

9. Patek Phillip watch with diamonds seized on or about July 25, 2025, from **JOVON BOOKER**;

10. White gold necklace with white gold and diamond crown pendant seized on or about July 25, 2025, from **JOVON BOOKER**;

11. Rolex watch with diamond bezel seized on or about July 25, 2025, from **JOVON BOOKER**;

12. One set of diamond stud earrings seized on or about July 25, 2025, from **JOVON BOOKER**;

13. A black American Tactical Omni Hybrid Multi-Cal, 5.56 caliber firearm, serial number NS237703, seized on or about July 25, 2025, from **JOVON BOOKER**;

14. A 2019 Lamborghini Urus (VIN# ZPBUA1ZL7KLA04199); and

15. The real property located at 7704 Pontiac Drive A, Pensacola, Florida, and 7704 Pontiac Drive B, Pensacola, Florida, titled in the name of **JOVON BOOKER**, more particularly described as:

All that certain land situate in Escambia County, State of Florida, further described as follows:

East 90 feet of Lot 5, Block "A", First Addition to Grove Hill Subdivision, according to plat recorded in Plat Book 4, Page 24, of the Public Records of Escambia County, Florida.

Tax ID: 372S314101050001.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

     i.     cannot be located upon the exercise of due diligence;

     ii.     has been transferred or sold to, or deposited with, a third person;

     iii.     has been placed beyond the jurisdiction of this Court;

     iv.     has been substantially diminished in value; or

     v.     has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Two and Ten of this Superseding Indictment are hereby realleged and incorporated by reference.  Because the defendant,

**JOVON BOOKER,**
**a/k/a "Playa Pat,"**

knowingly committed the violations set forth in Counts Two and Ten of this Superseding Indictment, any and all interest that this defendant has in the firearms and ammunition involved in these violations is vested in the United States and

hereby forfeited to the United States pursuant to Title 18, United States Code,

Section 924(d)(1).

A TRUE BILL:

███████████████

FOREPERSON

4/21/2056

DATE

JOHN P. HEEKIN
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

JESSICA S. ETHERTON
Assistant United States Attorney

13