**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,** **Case Number: 3:25cr139-MCR**
Plaintiff,
vs.

**ELAYNNA PARKER,**
Defendant.
_________________________________/

**<u>DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE</u>**

COMES NOW, the Defendant, **ELAYNNA PARKER**, by and through the undersigned attorney, and moves this Honorable Court to continue the trial date currently scheduled for October 5, 2026. As grounds therefore, the undersigned attorney states the following:

1. The Defendant is charged by Indictment with one count of Conspiracy to Distribute and Possess with Intent to Distribute more than 100 Kilograms of Marijuana; one count of Conspiracy to Engage in Monetary Transactions involving the Proceeds of Specified Unlawful Activity; and five counts of Engaging in Monetary Transactions involving the Proceeds of Specified Unlawful Activity, to wit: Jewelry Purchases.

2. The undersigned attorney previously filed Defendant's Unopposed Motion to Continue [Doc. 99] on July 1, 2026. This Honorable Court granted the motion and reset the Defendant's trial to October 5, 2026 [Doc. 100].

3. The Honorable Judge M. Casey Rodgers' office advised the parties that another jury trial is scheduled to commence on October 5, 2026. After consulting with the Government, both parties have agreed upon the Defendant's jury trial beginning on Tuesday, October 27, 2026, at 8:00am.
4. This Motion is made in good faith and not solely for purposes of delay.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant a continuance in this matter to Tuesday, October 27, 2026.

## LOCAL RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that I have conferred with Assistant United States Attorney David Goldberg and he does not oppose this motion.

Dated this 19th day of August, 2026.

Respectfully Submitted,

/s/ Valerie Prevatte
VALERIE ERWIN PREVATTE
ATTORNEY AT LAW
504 NORTH BAYLEN STREET
PENSACOLA, FLORIDA 32501
(850) 444-7475 vep@prevattelaw.com
FLORIDA BAR NUMBER: 0110401
FOR THE DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the United States Attorney's Office by electronic service on this the 19th day of August, 2026.

/s/ Valerie Prevatte

VALERIE ERWIN PREVATTE
ATTORNEY AT LAW
504 NORTH BAYLEN STREET
PENSACOLA, FLORIDA 32501
(850) 444-7475 vep@prevattelaw.com
FLORIDA BAR NUMBER: 0110401
FOR THE DEFENDANT