IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOVON BOOKER,<br>Defendant. | Case No. 3:25cr139-MCR |

**UNOPPOSED MOTION FOR CONTINUANCE**

The Defendant, JOVON BOOKER, by and through the undersigned counsel, files this unopposed motion for continuance and states:

1. This matter is currently scheduled for sentencing on November 05, 2026. Due to the fact the Federal Detention Center in Tallahassee has been unable to successfully arrange the presentence investigation interview with Mr. Booker, the Defendant requests a continuance.

2. The undersigned counsel has discussed new sentencing dates with counsel for the government, Assistant United States Attorney David Goldberg. Mr. Goldberg advised that he is available the first two weeks of January 2027 and will then be out of the office for a while. The only conflict

the undersigned counsel currently has during the first two weeks of January 2027 is on Wednesday, January 06, 2027.

3. *Certificate of Counsel*. Assistant United States Attorney David Goldberg has been consulted regarding the filing of this motion and has no objection to the requested relief.

Wherefore, the Defendant requests this Court continue the sentencing in this case to early January 2027.

Respectfully submitted,

*/S/Richard A. Greenberg*
RICHARD A. GREENBERG
Fla. Bar No. 0382371
Rumberger, Kirk & Caldwell
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32302
(850) 222-6550
(850) 222-8783 fax
Email: rgreenberg@rumberger.com
Attorney for the Defendant **BOOKER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing to David Goldberg, Assistant U.S.

Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida 32502, this 7th day of October, 2026.

*/S/ Richard A. Greenberg*______
RICHARD A. GREENBERG